JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAKESH THUKRAL, an Individual; ANAPUMA THUKRAL, an Individual, <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL INSURANCE COMPANY OF AMERICA, a New Hampshire Corporation; Does 1 through 50 inclusive, <br><br> Defendants. | CASE NO.  2:21-cv-00219-CAS (PDx) <br><br> **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** <br><br> Honorable Christina A. Snyder |

Pursuant to the stipulation of the Parties, the Court hereby orders that the above-captioned matter is dismissed with prejudice in its entirety, each side to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: January 7, 2022

_Christine A. Snyder_
Hon. Christina A. Snyder
United States District Judge

1